PROB 12C
(6/16)

Report Date: April 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cristian Misael Gomez | Case Number: 0980 2:19CR00111-TOR-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ West Richland, Washington 99353 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 14, 2021

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine and Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(c) and 846 |
| Original Sentence: | Prison - 56 months, 13 days; TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Brian M. Donovan |
| Date Supervision Commenced: | March 31, 2023 |
| Defense Attorney: | James Martin Parkins |
| Date Supervision Expires: | March 30, 2028 |

---

### PETITIONING THE COURT

To issue a summons.

On April 3, 2023, a U.S. probation officer reviewed all conditions of supervision with Mr. Gomez. He signed a copy of his judgement and sentence acknowledging an understanding of his supervised release conditions and was provided a copy.

On December 16, 2024, prior to his transfer to the low-risk caseload, a U.S. probation officer reviewed the expectations of the low-risk caseload with Mr. Gomez via phone, at which time he was reminded that all conditions of his supervision remain in effect while on the low-risk caseload, but for the need for preauthorization to travel within the United States.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Gomez is considered to be in violation of his supervised release for having incurred a new criminal charge of driving under the influence in Benton County District Court, docket 5A0381254-WSP-CT, on or about April 27, 2025.<br><br>According to the report filed by the Washington State Patrol, Mr. Gomez was contacted during a traffic stop and is alleged to have been operating his vehicle under the influence of alcohol, as evidenced by a strong odor of alcohol emitting from his person, bloodshot, watery eyes, and a breath alcohol content of approximately 0.128. |

Prob12C
**Re: Gomez, Cristian Misael**
**April 30, 2025**
**Page 2**

|   | Mr. Gomez was arrested at the time of the alleged offense and reported as much to the probation officer when he released on April 28, 2025. This matter remains pending and is set for a pretrial conference on June 18, 2025. |
|---|---|
| 2 | **Special Condition # 18**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
|   | **Supporting Evidence**: Mr. Gomez is considered to be in violation of his supervised release for having consumed alcohol on or about April 27, 2025, as evidenced by his arrest for driving under the influence in Benton County District Court, docket 5A0381254-WSP-CT, the details of which are enumerated above. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 30, 2025

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
April 30, 2025
Date