PROB 12C
(6/16)

Report Date: August 5, 2025

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2025

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cristian Misael Gomez     Case Number: 0980 2:19CR00111-TOR-4

Address of Offender: ███████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 14, 2021

Original Offense: Conspiracy to Distribute 500 Grams or More of Methamphetamine and Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C) and 846

Original Sentence: Prison - 56 months, 13 days; TSR - 60 months     Type of Supervision: Supervised Release

Asst. U.S. Attorney: Brian M. Donovan     Date Supervision Commenced: March 31, 2023

Defense Attorney: John Stephen Roberts, Jr.     Date Supervision Expires: March 30, 2028

### PETITIONING THE COURT

To incorporate the alleged violation enumerated herein with all previous allegations reported on April 30, 2025, and now pending before the Court.

On April 3, 2023, a U.S. probation officer reviewed all conditions of supervision with Mr. Gomez. He signed a copy of his judgement and sentence acknowledging an understanding of his supervised release conditions and was provided a copy.

On December 16, 2024, prior to his transfer to the low-risk caseload, a U.S. probation officer reviewed the expectations of the low-risk caseload with Mr. Gomez via phone, at which time he was reminded that all conditions of his supervision remain in effect while on the low-risk caseload, but for the need for preauthorization to travel within the United States.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Gomez is considered to be in violation of his supervised release for having consumed alcohol on or about August 3, 2025. |

Prob12C
**Re: Gomez, Cristian Misael**
**August 5, 2025**
**Page 2**

A urinalysis collected on August 4, 2025, at Life Renewal that was presumptive positive for alcohol. He subsequently signed a written admission that he consumed alcohol on August 3, 2025. Mr. Gomez contacted this officer by phone and admitted he consumed "a few beers" the previous night.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2025

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice

Signature of Judicial Officer

August 6, 2025

Date